**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**
**Case Number: 6:25-cv-13031-TMC-KFM**

| | |
|---|---|
| Bruce Wilson,<br><br>                   Plaintiff,<br><br>vs.<br><br>JoAnne Blake, in her individual and official capacity and John Waelde, in his individual and official capacity,<br><br>                 Defendants. | **NOTICE OF REMOVAL** |

**TO:   BRUCE WILSON, PRO-SE LITIGANT:**

YOU WILL PLEASE TAKE NOTICE that the Defendants, JoAnne Blake and John Waelde, remove the above-captioned case from the Circuit Court of Greenville County, South Carolina, into the United States District Court, District of South Carolina, Greenville Division. This removal is proper on the following grounds:

1.     A civil action has been commenced and is now pending in the Circuit Court of Greenville County, State of South Carolina, styled *Bruce Wilson v. JoAnne Blake, in her individual and official capacity, and John Waelde, in his individual and official capacity,* Civil Action Number 2025-CP-23-06096.

2.     The Defendants are entitled to removal of the aforesaid to this Court because the Complaint raises allegations arising under the Constitution and laws of the United States as contemplated by 28 U.S.C. § 1331.

3.     This action was commenced by service of the Summons and Complaint, attached hereto as Exhibit A, effectuated by serving Defendant JoAnne Blake on September 22, 2025,

1

attached hereto as Exhibit B.  Pursuant to 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days of service upon this Defendant of the initial pleadings setting forth the claim upon which relief is requested.  The Defendants will file an Answer as provided by law.

4.     The Honorable Jay Gresham, Greenville County Clerk of Court, has been provided a copy of this Notice of Removal.

WHEREFORE, the Defendants give notice that the aforesaid action is removed from the Circuit Court of Greenville County, State of South Carolina, and to this Court for trial and determination.

Respectfully Submitted,

*s/Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. I..D. 05849)
J. Nathan Ozmint (Fed. I.D. 14360)
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC  29607
Telephone: (864) 213-4146
Facsimile: (864) 3736-7055
cfturner@wjcblaw.com
jnozmint@wjcblaw.com
**ATTORNEYS FOR DEFENDANTS**

October 17, 2025

2